UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 13-8481-PLA                                                Date  January 7, 2014

Title: C.S. Trading v. Dalian Suntime International Transportation Co. Ltd., et al.

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:             ATTORNEYS PRESENT FOR DEFENDANTS:
NONE                                                                          NONE

**PROCEEDINGS:**        (IN CHAMBERS)

Plaintiff is ordered to show cause in writing **no later than January 14, 2014**, why this action should not be dismissed for lack of prosecution as to defendant Asbury Transportation Co.

The Court will consider the filing of an Answer by defendant Asbury Transportation Co., or plaintiff's request for entry of default, as an appropriate response to this OSC, on or before the above date.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action as to defendant Asbury Transportation Co.

**IT IS SO ORDERED**.


cc:       Counsel of Record


Initials of Deputy Clerk       ch