UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 13-8481 MWF (MANx)**                     Dated: **March 28, 2014**

Title:    C.S. Trading  -v- Dalian Suntime International Transportation Co Ltd et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Julieta Lozano | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                          None Present

PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

   In light of the Default By Clerk entered on March 28, 2014, the Court sets a hearing for Order To Show Cause Re Default Judgment for April 28, 2014 at 11:30 a.m.  If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.


   IT IS SO ORDERED.

MINUTES FORM 90                                                                                 Initials of Deputy Clerk __jloz__
CIVIL - GEN

-1-